## WATKINS v. WATKINS

No. 222P91

Case below: 102 N.C.App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## WEST END III LIMITED PARTNERS v. LAMB

No. 226P91

Case below: 102 N.C.App. 458

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## YARBOROUGH v. BRITT

No. 326P91

Case below: 103 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.